UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STANLEY GANT,

                      Petitioner,

  -against-

JAMES J. WALSH, Superintendent,
Sullivan Correctional Facility,

                      Respondent.
----------------------------------------------------------------X

JUDGMENT
07-CV- 2427 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 09 2008 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 3, 2008, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
         July 08, 2008

                                                                          s/Robert C. Heinemann
                                                                         ROBERT C. HEINEMANN
                                                                         Clerk of Court